

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2019

No. 04-19-00691-CV

**CUANTO ANTES MEJOR, LLC** and M.E. Phillip,
Appellant

v.

**EOG RESOURCES, INC.,**
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-12-00277-CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

The trial court clerk's request for additional time to file the clerk's record is granted. We order the trial court clerk, Denise Rodriguez, to file the clerk's record by December 13, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court